In the Matter of the Application of GEORGE M. ESTABROOK, Appellant, for an Order of Mandamus against W. TAYLOR CHAMBERLAIN, Mayor, ARTHUR W. BRIERLY and Others, as Trustees Constituting the Board of Trustees of the Village of Hempstead, Nassau County, New York, and JOHN E. DAVIDSON and Others, as Members Constituting the Zoning Board of Appeals of the Village of Hempstead, Nassau County, New York, Respondents.— Motion for reargument granted and case set down for reargument on Friday, December 15, 1933. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of LEO M. TOPOOZIAN, Respondent, for a Mandamus Order against JAMES F. GERAGHTY, as Commissioner of Licenses of the City of New York and Others, etc., Appellants.— Motion for reargument denied, with ten dollars costs. Motion to resettle order denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

LILLIAN KERSHNER, Appellant, v. DAVID KERSHNER, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

EDWIN C. E. LORD and Another, Individually and as Surviving Trustees, etc., of MARY A. LORD, Deceased, and Others, Respondents, v. PETER SONSIRE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FRANK MARTELLO and Others, etc., Respondents, v. RICHMOND RAILWAYS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

WILLIAM F. McCULLOCH, Appellant, v. MORTON LODGE No. 63, F. & A. M., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

NASSAU COUNTY TRUST COMPANY, as Administrator, etc., of SHAHEENIE SALEEBY, Deceased, Plaintiff, and NASEEMA SALEEBY, Respondent, Appellant, v. NAZURA D. SALEEBY, Appellant, Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HAUSLER, Appellant, v. ROBERT STEGMEIER and Another, Respondents.— Motion for reargument denied. Motion to resettle order denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JAMES A. TILLMAN, Appellant, v. RUSSO-ASIATIC BANK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The questions to be certified are to be settled on notice. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.